IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IVONNE MOSQUERA SCHMIDT

                 :      CIVIL ACTION

vs.

                 :      NO. 15-3701

SUPERIOR SCAFFOLD SERVICES, INC.,
et al.

## O R D E R

**AND NOW, TO WIT:** This 15th day of March, 2016, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

    **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                              **MICHAEL E. KUNZ**, Clerk of Court

                              s/carol d. james
**BY:** _____
                              Carol D. James
                              Deputy Clerk